# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUBEN MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 14-cv-03314 NC<br><br>**NOTICE OF DEFICIENCY** |

The Court has not received plaintiff's reply in support of summary judgment or a statement that no reply will be filed. The reply was due March 4, 2015. Plaintiff must respond by March 25, 2015.

IT IS SO ORDERED.

DATED: March 18, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-03314 NC
NOTICE OF DEFICIENCY